

MINUTE ENTRY
BARBIER, J.
FEBRUARY 9, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DELAUNE | CIVIL ACTION |
| VERSUS | NO: 00-0346 |
| COBB INVESTMENT CO., ET AL | SECTION: "J"(1) |

In accordance with 28 U.S.C. § 455(a) and § 455(e) and with Canon 3-C(1) of the Code of Judicial Conduct, the following full disclosure is made by the Court:

Keith Eric Gisleson, lead counsel for defendant Cobb Investment Company, Inc., is the father of Soren Gisleson, one of Judge Barbier's law clerks.

Soren Gisleson will not be assigned or involved in any way with the above-captioned matter, and Judge Barbier has no doubt that he can be impartial and he is willing to participate in this matter. However, because his impartiality might reasonably be


DATE OF ENTRY  FEB 11 2000



questioned (28 U.S.C. §455), Judge Barbier must disqualify himself unless the parties agree in writing that he should not be disqualified.

Therefore, following procedures recommended by the Code of Judicial Conduct, each party is hereby requested through his, her or its attorneys to advise the Clerk of Court, no later than ten days from the entry of this Order, whether such party wishes Judge Barbier to retain this matter in light of the facts revealed.  In the event any party does not wish Judge Barbier to retain this matter, the Clerk shall so advise Judge Barbier, without revealing to the Judge the decision of any party, and the Judge will take no further action herein except to forthwith order this matter reallotted to another section of this Court.

Counsel are directed to advise the Clerk by use of the attached form of waiver of request for disqualification.

* * * * *

**NOT TO BE FILED IN THE RECORD OR SHOWN TO JUDGE BARBIER**

Date: _____



The Honorable Loretta G. Whyte
Clerk of Court
United States Courthouse
500 Camp Street
New Orleans, Louisiana 70130

Re: DeLaune v. Cobb Investment Co., Inc., et al, C.A. No. 00-0346

Dear Ms. Whyte:

In accordance with the Court's Minute Entry of February 9, 2000, and having fully discussed the issues raised in said Minute Entry with my client(s), I hereby advise that my client(s):

\_\_\_\_\_ wish Judge Barbier retain this matter not withstanding facts disclosed in the Minute Entry.

\_\_\_\_\_ wish Judge Barbier not retain this matter.

                                                                           Sincerely,

                                          _____
                                          Attorney's signature

                                          _____
                                          Attorney's name and Bar #
                                          **(please print)**

                                          _____
                                          Attorney's client
                                          **(please print)**