FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 25 P 1: 30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES K. DELAUNE            CIVIL ACTION

VERSUS            NUMBER: 00-0346

COBB INVESTMENT CO, ET AL            SECTION: J

### ORDER REALLOTTING CASE

The parties involved in the above captioned matter were informed on February 9, 2000 of the involvement of the law firm of Chaffe, McCall, Phillips, Toler and Sarpy, L.L.C., the law firm of my lawclerk's father. Therefore, I am required to disqualify myself from acting on this case by 28 U.S.C. 455 and Canon 3-C(1) of the code of Judicial Conduct.

Accordingly,

IT IS ORDERED that the Clerk of Court reallot this matter to another section of this Court.

Dated at New Orleans, Louisiana, this 25th day of February, 2000.

CARL J. BARBIER
U.S. DISTRICT JUDGE

REALLOTTED TO
SECT. T

DATE OF ENTRY FEB 28 2000