MINUTE ENTRY
JUDGE PORTEOUS
APRIL 14, 2000



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2000 APR 17 A :37

The following cases will be called on APRIL 26, 2000 at 10:00 a.m. before the Honorable G. Thomas Porteous, Jr., United States District Judge, Room C-224, 500 Camp St., New Orleans, Louisiana.
Counsel are ordered to enter a default against defendants who have not filed answers or to show good cause in writing 48 hours prior to the scheduled date or in open court at the appointed time why default has not been entered. Failure to show good cause will result in dismissal of the action for failure to prosecute in accordance with F.R.Civ.P. 41(b)

| | |
|---|---|
| 97-1406 | CABINISS V. UNITEDSTATES OF AMERICA<br>ATTYS: DAVID KENT BUIE, RUTH FORCE<br>NEED ANSWER FROM ANN SHOLES, MD |
| 99-2594 | UNITED STATES OF AMERICA V. MAERSK LINE, INC.<br>ATTYS: MICHELLE DELEMARRE<br>NEED ANSWER FROM ALL DEFENDANTS |
| 00-346 | CHARLES DELUANE V. COBB INVESTMENT CO., INC.<br>ATTYS: STEPHEN CHOUEST; KEITH GISLESON; EDW. WEGMANN<br>NEED ANSWER FROM ALL DEFENDANTS |
| 00-638 | VALDEZ V. VASTAR RESOURCES, INC.<br>ATTYS: DAVID KAIN<br>NEED ANSWER FROM VASTAR RESOURCES, INC. |
| 00-576 | WOLFGANG PETRUSCH V. IMMIGRATION AND NATURALIZATION<br>ATTYS: ANNE LEWIS<br>NEED ANSWER FROM ALL DEFENDANTS. |
| 00-766 | WILSON V. NOBLE DRILLING CORP.<br>ATTYS: STEVEN DITTMAN<br>NEED ANSWER FROM ALL DEFENDANTS. |
| 99-904 | ITOCHU INTERNATIONAL V. AMERICAN COMMERCIAL MARINE SERVICE<br>ATTYS: SIDNEY DEGAN; DONALD KING<br>NEED ANSWER FROM DAIICHI CHUO KISEN KAISHA |
| 99-901 | UNITED STATES OF AMERICA V. JOUIS B. BREAUX<br>ATTYS: ROBERT DOZIER, DANIEL DAIGLE<br>NEED ANSWER FROM DEFENDANT. |


___ Fee
___ Process
_X_ Dktd
_/_ CtRmDep
___ Doc.No.

99-2411    GENERAL ELECTRIC CAPITAL CORP. V. JAMES ARNOUILT, SR.
           ATTYS: HENRY KING, JAMES ARNOULT, SR., ERNEST BURGUIERES, III,
           NEED ANSWER FROM J. ARNOULT, SR., H. ARNOULT, CHASE MORTGAGE, D. ARNOULT,
           G.J. ACOSTA, SEVENTY FIVE GRAND CORP., SIGNAL AIR, ARNOULT EQUIP.

99-3696    IRON WORKERS MID-SOUTH PENSION V. WOLFE STEELE ERECTORS
           ATTY: MARIA CANGEMI
           NEED ANSWER FROM WOLFE STEEL ERECTORS

_____
UNITED STATES DISTRICT JUDGE