

```
         FILED
     U.S. DISTRICT COURT
     
     2000 APR 14  P 3: 42
     
     LORETTA G. WHYTE
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

CHARLES K. DELAUNE,
    PLAINTIFF,

CIVIL ACTION NO. 00-346

versus

COBB INVESTMENT COMPANY, INC.,
CAJUN BAYOU DISTRIBUTORS AND
MANAGEMENT, INC., CAJUN BAYOU
DISTRIBUTORS AND MANAGEMENT, INC.
STAY INCENTIVE AGREEMENTS,
PATRICK R. PRUDOMME,
RONALD A. LABORDE AND
J. FRED JOHNSON, THE BOARD OF
DIRECTORS OF CAJUN BAYOU DISTRIBUTORS
AND MANAGEMENT, INC., PICCADILLY
CAFETERIAS, INC., AND
PICCADILLY RESTAURANTS, INC.
    DEFENDANTS.

SECTION "T"
JUDGE PORTEOUS

MAGISTRATE JUDGE
SHUSHAN

### MOTION FOR EXTENSION OF TIME TO RESPOND

NOW INTO COURT, through undersigned counsel, come Defendants, Piccadilly Cafeterias, Inc., Piccadilly Restaurants, Inc., Patrick R. Prudomme, Ronald A. Laborde, and J. Fred Johnson (hereinafter collectively referred to as "Piccadilly"), and, with full reservation of all rights and defenses, hereby respectfully request that this Court grant it through and until May 1, 2000 to respond to the Petition for Penalty Wages, breach of Contract, Benefits Pursuant to ERISA, Damages and Attorneys' Fees ("Petition") filed herein by Plaintiff, Charles K. Delaune.

N0495840 1

DATE OF ENTRY
APR 1 9 2000

Piccadilly sought and obtained from Plaintiff an informal extension of time to respond to Plaintiff's Petition pending settlement discussions between Plaintiff and defendant Cobb Investment Company. Plaintiff has informed Piccadilly that Plaintiff and Cobb have been unable to settle this dispute and, as a result, has asked that Piccadilly file responsive pleadings. Because Plaintiff's Petition raises numerous complex issues of law ranging from claims for payment of past due wages under Louisiana law, to federal ERISA claims, Piccadilly requires additional time to prepare responsive pleadings. Accordingly, Piccadilly respectfully requests that this Court grant it an additional fifteen (15) days, or through and until May 1, 2000 to respond to Plaintiff's Petition.

Respectfully submitted,

/s/ Genevieve Hartel Salassi

EDWARD D. WEGMANN, T.A. (Bar No.13315)
GENEVIEVE HARTEL SALASSI (Bar No. 25232)
Jones, Walker, Waechter,
Poitevent, Carrère & Denègre, L.L.P.
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: (504) 582-8226
Attorneys for Defendants,
Piccadilly Cafeterias, Inc.,
Piccadilly Restaurants, Inc.,
Patrick R. Prudomme, Ronald A. Laborde,
and J. Fred Johnson

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by facsimile transmission, hand delivery and/or by depositing same in the U.S. mail, properly addressed and postage prepaid, this 14th day of April, 2000.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES K. DELAUNE,
      PLAINTIFF,

CIVIL ACTION NO. 00-346

versus

COBB INVESTMENT COMPANY, INC.,     SECTION "T"
CAJUN BAYOU DISTRIBUTORS AND     JUDGE PORTEOUS
MANAGEMENT, INC., CAJUN BAYOU
DISTRIBUTORS AND MANAGEMENT, INC.     MAGISTRATE JUDGE
STAY INCENTIVE AGREEMENTS,     SHUSHAN
PATRICK R. PRUDOMME,
RONALD A. LABORDE AND
J. FRED JOHNSON, THE BOARD OF
DIRECTORS OF CAJUN BAYOU DISTRIBUTORS
AND MANAGEMENT, INC., PICCADILLY
CAFETERIAS, INC., AND
PICCADILLY RESTAURANTS, INC.
      DEFENDANTS.

## ORDER

CONSIDERING THE FOREGOING Motion to Extension of Time to Respond filed herein by Defendants, Piccadilly Cafeterias, Inc., Piccadilly Restaurants, Inc., Patrick R. Prudomme, Ronald A. Laborde, and J. Fred Johnson (hereinafter collectively referred to as "Piccadilly");

IT IS HEREBY ORDERED that Piccadilly is granted an additional fifteen (15) days, or through and until May 1, 2000 to file responsive pleadings to the Petition for Penalty Wages,

N0495840 1

breach of Contract, Benefits Pursuant to ERISA, Damages and Attorneys' Fees ("Petition") filed herein by Plaintiff, Charles K. Delaune.

_____
JUDGE