MINUTE ENTRY
JUDGE PORTEOUS
APRIL 26, 2000



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

The following cases were called on APRIL 26, 2000 at 10:00 a.m. before the Honorable G. Thomas Porteous, Jr., United States District Judge, Room C-224, 500 Camp St., New Orleans, Louisiana.
    THE COURT ORDERS accordingly;

| 99-2594 | UNITED STATES OF AMERICA V. MAERSK LINE, INC. |
|---|---|
| | ATTYS: MICHELLE DELEMARRE |
| | NEED ANSWER FROM ALL DEFENDANTS |

ORDERED: MATTER PASSED FOR 30 DAYS

| 00-346 | CHARLES DELUANE V. COBB INVESTMENT CO., INC. |
|---|---|
| | ATTYS: STEPHEN CHOUEST; KEITH GISLESON; EDW. WEGMANN |
| | NEED ANSWER FROM P. PRUDHOMME, R. LABORDE, JF. JOHNSON, PICADILLY CAFÉ. |
| | AND PICADILLY REST. |

ORDERED: MATTER PASSED UNTIL MAY 1, 2000

| 99-904 | ITOCHU INTERNATIONAL V. AMERICAN COMMERCIAL MARINE SERVICE |
|---|---|
| | ATTYS: SIDNEY DEGAN; DONALD KING |
| | NEED ANSWER FROM DAIICHI CHUO KISEN KAISHA |

ORDERED: PASSED FOR 30 DAYS

| 99-2411 | GENERAL ELECTRIC CAPITAL CORP. V. JAMES ARNOUILT, SR. |
|---|---|
| | ATTYS: HENRY KING, JAMES ARNOULT, SR., ERNEST BURGUIERES, III, |
| | NEED ANSWER FROM J. ARNOULT, SR., H. ARNOULT, CHASE MORTGAGE, D. ARNOULT, |
| | G.J. ACOSTA, SEVENTY FIVE GRAND CORP., SIGNAL AIR, ARNOULT EQUIP. |

ORDERED: PASSED FOR 30 DAYS

| 99-3696 | IRON WORKERS MID-SOUTH PENSION V. WOLFE STEELE ERECTORS |
|---|---|
| | ATTY: MARIA CANGEMI |
| | NEED ANSWER FROM WOLFE STEEL ERECTORS |

ORDERED: PASSED FOR 30 DAYS

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 28 2000

___Fee_____
___Process___
_X_Dktd_____
___CtRmDep__
   Doc.No._10_