FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG -1 PM 4:03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES K. DELAUNE | CIVIL ACTION |
| VERSUS | NO. 00-0346 |
| COBB INVESTMENT COMPANY, INC; CAJUN BAYOU DISTRIBUTORS AND MANAGEMENT, INC; CAJUN BAYOU DISTRIBUTORS AND MANAGEMENT, INC. STAY INCENTIVE AGREEMENTS; PATRICK R. PRUDOMME; RONALD A. LABORDE; J. FRED JOHNSON; THE BOARD OF DIRECTORS OF CAJUN BAYOU DISTRIBUTORS AND MANAGEMENT, INC.; PICCADILLY CAFETERIAS, INC.; AND PICCADILLY RESTAURANTS, INC. | SECTION "T"<br><br>MAGISTRATE (1) |

*********************************************************************************

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through their respective undersigned counsel, come plaintiff, Charles K. DeLaune, and defendants, Cobb Investment Company, Inc., Cajun Bayou Distributors and Management, Inc., Cajun Bayou Distributors and Management, Inc. Stay Incentive Agreements, Patrick R. Prudomme, Ronald A. Laborde , J. Fred Johnson, the Board of Directors of Cajun Bayou Distributors and Management, Inc., Piccadilly Cafeterias, Inc., and Piccadilly Restaurants, Inc. who respectfully move this Honorable Court to dismiss with prejudice, the above captioned proceedings as to all parties, claims, or cross claims asserted herein, but with full reservation of rights as to any claims or litigation as to or between any of the named defendants in any collateral proceedings or other litigation

DATE OF ENTRY
AUG 3 2000

Fee____
Process____
X_____
CtRmDep____
Doc No. 13

including any arbitration proceedings to which plaintiff herein, Charles K. DeLaune is not a party.

Respectfully Submitted,

_____
STEPHEN M. CHOUEST (#4090)
- OF -
STEPHEN M. CHOUEST AND ASSOCIATES, APLC
4732 Utica Street, Suite 100
Metairie, LA  70005

*Attorney for Plaintiff, Charles K. Delaune*

**DEFENDANTS:**

| | |
|---|---|
| BY: _____<br>K. ERIC GISLESON (#1060)<br>-OF-<br>CHAFFE, McCALL, PHILLIPS,<br> TOLER & SARPY, L.L.P.<br>2300 Energy Centre, 1100 Poydras Street<br>New Orleans, LA  70163-2300<br>Attorney-in-Fact for Defendants,<br>  Cobb Investment Company, Inc., Cajun Bayou Distributors and Management, Inc., Cajun Bayou Distributors and Management Inc. Stay Incentive Agreements, and The Board of Directors of Cajun Bayou Distributors and Management, Inc. | BY: _____<br>EDWARD D. WEGMANN (#13315)<br>GENEVIEVE HARTEL SALASSI (#25232)<br>-OF-<br>JONES, WALKER, WAECHTER,<br>POITEVENT, CARRERE, & DENEGRE<br>LLP<br>201 St. Charles Avenue<br>New Orleans, LA 70170-5100<br>  Attorney-in-fact for Defendants, Patrick R. Prudhomme, Ronald A. Laborde, J. Fred Johnson, Piccadilly Cafeterias, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 28th day of July, 2000, served a true copy of the foregoing on all counsel of record by Facsimile transmission, by hand-delivery or by United State mail, properly addressed and first class postage prepaid.

_____
Stephen M. Chouest

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES K. DELAUNE | CIVIL ACTION |
| VERSUS | NO. 00-0346 |
| COBB INVESTMENT COMPANY, INC,; CAJUN BAYOU DISTRIBUTORS AND MANAGEMENT, INC.; CAJUN BAYOU DISTRIBUTORS AND MANAGEMENT, INC. STAY INCENTIVE AGREEMENTS; PATRICK R. PRUDOMME; RONALD A. LABORDE; J. FRED JOHNSON; THE BOARD OF DIRECTORS OF CAJUN BAYOU DISTRIBUTORS AND MANAGEMENT, INC.; PICADILLY CAFETERIAS, INC.; AND PICADILLY RESTAURANTS, INC. | SECTION "T" MAGISTRATE (1) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Joint Motion to Dismiss With Prejudice,

**IT IS HEREBY ORDERED** that the above-captioned proceedings be dismissed with prejudice as to all defendants and all counter claims asserted herein, but without prejudice to any claims between said defendants in any collateral proceedings as moved herein. Each party to bear its own costs.

New Orleans, Louisiana this 2nd day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE